35990. McPHAIL *v.* ATLANTIC COAST LINE RAILROAD COMPANY *et al.*

QUILLIAN, J. This is a companion case to *McPhail* v. *Atlantic Coast Line R. Co.*, ante, and is controlled by the decision in that case.

*Judgment reversed. Felton, C. J., and Nichols, J., concur.*

DECIDED FEBRUARY 28, 1956—REHEARING DENIED MARCH 13, 1956.

*John M. Robbins, H. T. O'Neal, Jr.*, for plaintiff in error.

*Whelchel & Whelchel, Moore, Gibson, DeLoache & Gardner*, contra.